**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOSELIN DANIEL CARRANZA-MEJIA | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CIV-26-076-SLP |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | | |

## **J U D G M E N T**

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED IN PART.  In accordance with the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 20th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE