# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSELIN DANIEL CARRANZA-MEJIA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CIV-26-076-SLP |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | | |

## **O R D E R**

The Court is in receipt of Respondents' Status Report [Doc. No. 16] filed as directed by the Court in its Order [Doc. No. 14] granting habeas relief to Petitioner pursuant to 28 U.S.C. § 2241.  Specifically, the Court directed Respondents to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within five (5) business days, or by February 27, 2026, or otherwise release Petitioner if he had not received a lawful bond hearing within that period.  The Court further directed Respondents to "certify their compliance with th[e] Order by filing a status report" and to "*detail* whether Petitioner was provided a bond hearing or ha[d] been released, including the associated dates with either action."  Doc. No. 14 at 4-5 (emphasis added).

Respondents' Status Report is deficient.  Respondents merely attached a Notice of Hearing that appears to have been served on Petitioner on February 23, 2026.  The Notice of Hearing sets forth that a custody redetermination hearing had been scheduled for February 26, 2026 – the same date that Respondents filed their Status Report.   But Respondents fail to advise the Court as to the outcome of that hearing or attach the order

of the Immigration Judge.  And Respondents did not make any certification to the Court, but instead, merely attached the Notice of Hearing.  The Court DIRECTS Respondents to file a supplemental status report that complies with the Court's prior Order, as set forth.

IT IS THEREFORE ORDERED that on or before March 5, 2026, Respondents shall file a supplemental Status Report.

IT IS SO ORDERED this 2nd day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE